UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

BRUCE BIRCH,

                Plaintiff,

    v.

STEVE KOSACH,

                Defendant.

Case No. 3:16-cv-00422-MMD-WGC

**ERRATA**

Re: ECF No. 3

      This errata is filed to correct a clerical error made in the undersigned's order at Electronic Case Filing (ECF) Number 3. At page 4, line 22, it should read "Birch's" IFP application, instead of Polk. The court's analysis otherwise remains the same.

**IT IS SO ORDERED**.

DATED: August 18, 2016.

                                                                /s/ William G. Cobb
WILLIAM G. COBB
UNITED STATES MAGISTRATE JUDGE