UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BRUCE BIRCH,<br><br>　　　　　　　　Plaintiff,<br>　　v.<br>STEVE KOSACH,<br><br>　　　　　　　　Defendant. | Case No. 3:16-cv-00422-MMD-WGC<br><br>ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE WILLIAM G. COBB |

## I.　SUMMARY

Before the Court is the Report and Recommendation of United States Magistrate Judge William G. Cobb (ECF No. 3) ("R&R") relating to Plaintiff's Application to Proceed *In Forma Pauperis* (ECF No. 1). Plaintiff filed his Objection to the R&R on August 17, 2016 ("Objection") (ECF Nos. 4 and 5.[1]) Attached to Plaintiff's Objection is a Motion requesting an extension of time in order to amend his Objection. (ECF No. 102.)

## II.　LEGAL STANDARD

This Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). Where a party timely objects to a magistrate judge's report and recommendation, then the court is required to "make a *de novo* determination of those portions of the [report and recommendation] to which objection is made." 28 U.S.C. § 636(b)(1). In light of Plaintiff's

---

[1] Plaintiff filed his objection twice.

1 objection, the Court engages in a *de novo* review to determine whether to adopt Magistrate Judge Cobb's Recommendation.

### III. DISCUSSION

The Magistrate Judge recommends that the Court grant Plaintiff's application to proceed *in forma pauperis* but dismiss this action with prejudice. In his Complaint, Plaintiff seeks to have Judge Steve Kosach of the Second Judicial District of Washoe County ("Judge Kosach") removed from presiding over a civil suit brought by Plaintiff in which Judge Kosach is supposedly a named defendant. (ECF No. 1-1 at 2.) The Magistrate Judge recommends dismissal with prejudice, as state court judges are entitled to judicial immunity for acts performed in their official capacity, *see Mireles v. Waco*, 502 U.S. 9, 11 (1991), and allegations of bad faith or malice are insufficient to overcome this immunity, *id.* (citing to *Pierson v. Ray*, 386 U.S. 547, 554 (1967)). Although Plaintiff states in his Complaint that he is also suing Judge Kosach in his individual capacity, Plaintiff's reason for bringing suit against Judge Kosach is his averment that Judge Kosach refuses to recuse himself from presiding over the aforementioned civil suit. (ECF No. 1-1 at 1.) Because the purpose for Plaintiff's *in forma pauperis* application is to compel Defendant to perform an act he may do only in his official position as a judge, Plaintiff's additional filing of a motion to extend time to amend his objection (ECF No. 1-2) is denied.

It is therefore ordered, adjudged and decreed that the Report and Recommendation of Magistrate Judge William G. Cobb (ECF No. 3) is accepted and adopted in its entirety.

It is ordered that Plaintiff's *in forma pauperis* application is granted and that Plaintiff is required to make monthly payments of twenty percent (20%) of the preceding month's income credited to his account each time the amount in his account exceeds $10 until the filing fee is paid.

It is ordered that this action is dismissed with prejudice.

///

2

The Clerk is instructed to enter judgment in accordance with this Order and close this case.

DATED THIS 30th day of December 2016.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE