AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*      DISTRICT OF   NEVADA

BRUCE BIRCH,

     Plaintiff,      JUDGMENT IN A CIVIL CASE
V.

                       CASE NUMBER: **3:16-cv-00422-MMD-WGC**

STEVE KOSACH,

     Defendant.

\_\_\_  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_\_  **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**  **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

     **IT IS ORDERED AND ADJUDGED** that the Report and Recommendation of Magistrate Judge William G. Cobb (ECF No. 3) is accepted and adopted in its entirety. This action is dismissed with prejudice.


  January 3, 2017                                        **LANCE S. WILSON**
                                                          Clerk


                                                                 /s/ D. R. Morgan
                                                                    Deputy Clerk